■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WANI TURNER, Appellant. [890 NYS2d 335]—

The Supreme Court's determination to designate the defendant a level two sex offender was supported by clear and convincing evidence (*see People v Fisher*, 36 AD3d 880 [2007]; *People v Inghilleri*, 21 AD3d 404 [2005]; *People v Guaman*, 8 AD3d 545 [2004]). There is no merit to the defendant's contention that he was entitled to a downward departure from this risk level (*see People v Gonzalez*, 48 AD3d 284 [2008]; *People v Warren*, 42 AD3d 593 [2007]; *People v Lombard*, 30 AD3d 573 [2006]). Dillon, J.P., Santucci, Florio and Hall, JJ., concur.